Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for BERT VOTO-BERNALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-00605 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL |
| vs. | |
| BERT VOTO-BERNALES, *et al.*, | |
| Defendants. | |

**STIPULATION**

Defendant Bert Voto-Bernales, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney David Hall, hereby stipulate and agree as follows:

1. On April 26, 2006, this Court set conditions of release for defendant Bert Voto-Bernales, one of which was the condition that he not travel outside the Northern District of California.

2. Mr. Voto-Bernales seeks a modification of the conditions of his pretrial release to permit travel to Kings Point, New York, departing on June 3, 2007 and returning to the Bay Area on June 15, 2007. The purpose of the trip is to attend a program in continuing education for his Merchant Marine union.

/ / /

/ / /

3. Pretrial Services Officer Michelle Nero has no objection to the proposed modifications on the condition that she is provided with a copy of Mr. Voto-Bernales's itinerary and lodging information for the trip.

IT IS SO STIPULATED.

DATED: May 18, 2007                                    /s/
                                                       Edward W. Swanson
                                                       Swanson, McNamara & Haller LLP
                                                       Counsel for Defendant Brian Voto-Bernales


DATED: May 21, 2007                                    /s/
                                                       David Hall
                                                       Assistant United States Attorney


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   May 22, 2007

IT IS SO ORDERED
Judge James Larson

2